1  Alex L. Fugazzi, NV Bar No. 9022
   Casey G. Perkins, NV Bar No. 12063
2  Holly E. Cheong, NV Bar No. 11936
   SNELL & WILMER L.L.P.
3  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV  89169
4  Telephone:  (702) 784-5200
   Facsimile:  (702) 784-5252
5  Email: afugazzi@swlaw.com
   Email: cgperkins@swlaw.com
6  Email: hcheong@swlaw.com

7  Attorneys for Defendants
   LIBERTY MUTUAL FIRE
8  INSURANCE COMPANY and
   LIBERTY MUTUAL INSURANCE COMPANY

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN RUYBAL,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; DOES I through XX, inclusive and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | CASE NO.:  2:15-cv-00508-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS, IN PART, AND AMEND CAPTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SHAWN RUYBAL and Defendants LIBERTY MUTUAL FIRE INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY, by and through their respective counsel of record, that:

(1)    Plaintiff's claim for unjust enrichment shall be dismissed, with prejudice, and Defendants' motion to dismiss Plaintiff's claim for unjust enrichment shall be withdrawn, without prejudice, as moot.

(2)    Plaintiff's claims against Liberty Mutual Insurance Company only, shall be dismissed without prejudice; and

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

1    (3)    the caption in this case shall be amended accordingly to remove reference to

2   Liberty Mutual Insurance Company, which was incorrectly identified as a defendant in this

3   action.

4        DATED this __13th__ day of April, 2015.        DATED this __13th__ day of April, 2015.

5        SNELL & WILMER L.L.P.                          THE COTTLE FIRM

6

7   By:/s/ Casey G. Perkins                   By:/s/ Matthew D. Minucci
       Alex L. Fugazzi, NV Bar No. 9022            Robert W. Cottle, NV Bar No. 4576
8      Casey G. Perkins, NV Bar No. 12063          Matthew D. Minucci, NV Bar No. 12449
       Holly E. Cheong, NV Bar No. 11936           8635 South Eastern Avenue
       3883 Howard Hughes Pkwy., Ste. 1100         Las Vegas, NV 89123
9      Las Vegas, NV  89169

10     Attorneys for Defendants                    Attorneys for Plaintiff
       LIBERTY MUTUAL FIRE                          SHAWN RUYBAL
11     INSURANCE COMPANY and
       LIBERTY MUTUAL INSURANCE
12     COMPANY

13

14                          **ORDER**

15       **IT IS SO ORDERED.**

16       **IT IS FURTHER ORDERED THAT** effective as of the date hereof, the caption in this

17   matter shall read as follows:

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHAWN RUYBAL,                                    CASE NO.:  2:15-cv-00508-GMN-NJK

                Plaintiff,

      vs.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, a Wisconsin corporation;
DOES I through XX, inclusive and ROE
CORPORATIONS I through XX, inclusive,

              Defendants.

**IT IS SO ORDERED.**

_____

Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  04/14/2015**

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Casey G. Perkins
Alex L. Fugazzi, NV Bar No. 9022
Casey G. Perkins, NV Bar No. 12063
Holly E. Cheong, NV Bar No. 11936
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169

Attorneys for Defendants
LIBERTY MUTUAL FIRE
INSURANCE COMPANY and
LIBERTY MUTUAL INSURANCE COMPANY

21379746

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

- 3 -