Amy M. Samberg
Nevada Bar No. 10212
Alex L. Fugazzi
Nevada Bar No. 9022
Alaina C. Stephens
Nevada Bar No. 13512
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asamberg@swlaw.com
Email: afugazzi@swlaw.com
Email: astephens@swlaw.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN RUYBAL, | CASE NO.: 2:15-cv-00508-GMN-NJK |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF ATTORNEY** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation; DOES I through XX, inclusive and ROE CORPORATIONS I through XX, inclusive, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** to the Court and parties that attorney Robert A. Schaffer is no longer with Snell & Wilmer L.L.P. and should be removed from the certificate of service. Alaina C. Stephens will continue as counsel for Defendant Liberty Mutual Fire Insurance Company, along with Amy M. Samberg and Alex L. Fugazzi.

/ / /

/ / /

/ / /

/ / /

/ / /

Undersigned counsel requests that the Court's records and mailing certificate be modified to reflect this change.

DATED this 6th day of August, 2015.

SNELL & WILMER L.L.P.

By: /s/ Alaina C. Stephens
Amy M. Samberg
Nevada Bar No. 10212
Alex L. Fugazzi
Nevada Bar No. 9022
Alaina C. Stephens
Nevada Bar No. 13512
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

IT IS SO ORDERED.
Dated: August 7, 2015

_____
United States Magistrate Judge

- 2 -