Amy M. Samberg
Nevada Bar No. 10212
Alex L. Fugazzi
Nevada Bar No. 9022
Alaina Stephens
Nevada Bar No. 13512
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asamberg@swlaw.com
Email: afugazzi@swlaw.com
Email: astephens@swlaw.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN RUYBAL, | CASE NO.: 2:15-cv-00508-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation; DOES I through XX, inclusive and ROE CORPORATIONS I through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SHAWN RUYBAL and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY, by and

///
///
///
///
///
///
///

through their respective counsel of record, that the above matter be dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 31 day of August, 2015.          DATED this 31 day of August, 2015.

SNELL & WILMER L.L.P.                        THE COTTLE LAW FIRM

By: /s/ Alex Fugazzi                         By: /s/ Matthew Minucci
Amy M. Samberg                               Robert W. Cottle, Esq.
Nevada Bar No. 10212                         Nevada Bar No. 4576
Alex L. Fugazzi                              Matthew D. Minucci
Nevada Bar No. 9022                          Nevada Bar No. 12449
Alaina C. Stephens                           8635 South Eastern Avenue
Nevada Bar No. 13512                         Las Vegas, Nevada 89123
3883 Howard Hughes Pkwy., Ste. 1100          Telephone: (702) 722-6111
Las Vegas, NV 89169                          Facsimile: (702) 834-8555

Attorneys for Defendant                      Attorneys for Plaintiff
LIBERTY MUTUAL FIRE                          SHAWN RUYBAL
INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED this 1st day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Alex Fugazzi
Amy M. Samberg
Nevada Bar No. 10212
Alex L. Fugazzi
Nevada Bar No. 9022
Alaina C. Stephens
Nevada Bar No. 13512
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Robert W. Cottle, Esq.
Nevada Bar No. 4576
THE COTTLE FIRM
8635 South Eastern Avenue
Las Vegas, NV 89123
Telephone: (702) 722-6111
Facsimile: (702)
Email: rcottle@cottlefirm.com

Attorneys for Plaintiff
SHAWN RUYBAL

DATED this 31ST day of August, 2015.

_____
An Employee of Snell & Wilmer L.L.P.

22369064.1